**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  11-cv-03147-LTB-CBS

JEREMY GILMARTIN,

    Plaintiff,

v.

THE REGIONAL ADJUSTMENT BUREAU, INCORPORATED, a Tennessee corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P.41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                                                  BY THE COURT:

                                                  s/ Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:   December 29, 2011